|  |  |
|---|---|
| To: | The Honorable Max O. Cogburn, Jr. |
|  | U.S. District Court Judge |
| From: | Valerie G. Debnam |
|  | U.S. Probation Officer |
| Subject: | **Wilfred Antonio Rodriguez** |
|  | Case Number: 0419 3:17CR00261-001 |
|  | **OUT-OF-COUNTRY TRAVEL** |
| Date: | 12/1/2017 |

FILED
CHARLOTTE, NC

DEC -4 2017

US District Court
Western District of NC

NORTH CAROLINA WESTERN
MEMORANDUM

---

Mr. Rodriguez appeared before the Honorable Judge Denise Cote, United States District Judge on December 13, 2013, for Conspiracy to Commit Health Care Fraud. On August 8, 2017, jurisdiction was transferred from the Southern District of New York to the Western District of North Carolina. Mr. Rodriguez was sentenced to twenty-four (24) months imprisonment followed by a three (3) year term of supervised release. Supervised release began on December 8, 2015.

Mr. Rodriguez has submitted a request to travel to the Dominican Republic, for the purpose of family trip. Mr. Rodriguez will leave on December 24, 2017, and return on January 10, 2018. He will be staying with his family at Calle 12 Santiago De Los Caballeros Santiago Dominican Republic.

Mr. Rodriguez has maintained a stable residence and employment since he has been under supervision. There have been no known incidents of noncompliance.

It is recommended that Mr. Rodriguez be allowed to travel to the Dominican Republic as long as he remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704-350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: December 1, 2017

Max O. Cogburn Jr
United States District Judge